**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>vs.<br><br>Robert L. Black,<br><br>  Defendant. | No.  CR 06-0269-1-PHX-ROS<br><br>**ORDER** |

Pending before the Court is the government's Second Motion to Continue Settlement Conference (Doc. #28).  Upon good cause shown,

**IT IS HEREBY ORDERED** granting the government's Second Motion to Continue Settlement Conference (Doc. #28).  The hearing of June 20, 2006, is hereby VACATED.  The settlement conference is rescheduled for June 27, 2006, at 3:30 p.m.

DATED this 16th day of June, 2006.

David K. Duncan
United States Magistrate Judge

cc:   Probation